THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER PAETH, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted January 4, 1943; decided January 14, 1943.

*Elmer Paeth*, in person, for motion.

*John J. Bennett, Jr., Attorney-General, (Alfred F. Cohen* of counsel), opposed.

Motion denied on the ground that no appeal lies from the order to this court.